# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128878 (210)


46TH CIRCUIT TRIAL COURT,
        Plaintiff, Counter-Defendant,
        Third-Party Plaintiff-Appellee,

v

COUNTY OF CRAWFORD and CRAWFORD
COUNTY BOARD OF COMMISSIONERS,
        Defendants, Counter-Plaintiffs,
        Third-Party Plaintiffs-Appellants,
and

COUNTY OF KALKASKA,
        Intervening Defendant,
        Counter-Plaintiff, Third-Party
        Plaintiff-Appellant,
and

COUNTY OF OTSEGO,
        Third-Party Defendant.
_____/

SC: 128878
COA: 254179
Crawford CC: 02-005951-CZ

On order of the Court, the motion for review of taxation of costs is GRANTED. A public question being involved, and in light of the relationships between the parties, no costs are awarded.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

_____
Clerk

d1025